UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WRIGHT | CIVIL ACTION |
| VERSUS | |
| CAMALLO | 20-149-SDD-RLB |

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 17, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the exercise of supplemental jurisdiction over the Plaintiff's potential state law claims is declined.

**IT IS FURTHER ORDERED** that the Defendant's *Motion for Summary Judgment*[3] is granted, dismissing the Plaintiff's action with prejudice.

Signed in Baton Rouge, Louisiana the __8__ day of December, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 25.
[2] Rec. Doc. 26.
[3] Rec. Doc. 25.